AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
для

Western District of Arkansas

United States of America )
v. )
Melvin Hurndon, Jr. )     Case No:   1:09CR10018-002
)     USM No:   06778-010
)
Date of Original Judgment: October 06, 2010 )
Date of Previous Amended Judgment: N/A )     William A. McLean
*(Use Date of Last Amended Judgment if Any)* )     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

   X  DENIED.    ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   October 06, 2010   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  26 Sept. 2012          _/s/ Harry F. Barnes_
                                     Judge's signature

Effective Date: _____      HARRY F. BARNES
*(if different from order date)*     Printed name and title

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 27 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk